Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 30, 2003









 




 
 
 
 
 
 
 
 
 
 
 
 
 
  
 


Petition for Writ of
Mandamus Denied and Memorandum Opinion filed December 30, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01380-CV

____________

 

IN RE W& F TRANSPORTATION,
INC., E.H. WILHELM, SR., and 

MARGARET D. WILHELM d/b/a W & F TRANSPORTATION, Relators

 



 





ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS



 



 

M E M O R A N D U M   O
P I N I O N

On December 17, 2003, relators
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  In their petition, relators
seek to compel the Hon. R. Jack Cagle, presiding judge of Harris County Civil
Court at Law No. 1, to set aside his turnover order and order appointing a
receiver entered September 25, 2003, in cause number 750,292, styled Cindy
and Ricky Wilhelm v. W & F Transportation, Inc., E.H. Wilhelm, Sr., and
Margaret D. Wilhelm d/b/a W & F Transportation.

Relators failed to establish the absence of
an adequate remedy at law.  Accordingly,
we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed December 30, 2003.

Panel consists of
Chief Justice Hedges and Justices Anderson and Seymore.